**VACATE and DISMISS; and Opinion Filed August 5, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01605-CV

### HONEYWELL INTERNATIONAL, INC., Appellant

### V.

### HUNT CONSOLIDATED, INC., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11695**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

The parties have filed an amended joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). In the motion, they state they have settled all matters in controversy between them and ask the Court to vacate the trial court's judgment without regard to the merits and dismiss the case. We grant the motion, vacate the trial court's judgment without regard to the merits, and dismiss the case. *See id.* 43.2(e).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

141605F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HONEYWELL INTERNATIONAL, INC., Appellant

No. 05-14-01605-CV      V.

HUNT CONSOLIDATED, INC., Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-11-11695.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's judgment without regard to the merits and **DISMISS** the case.

Based on the parties' agreement, we **ORDER** each party bear its own costs of this appeal. The obligations of appellant Honeywell International, Inc., as principal, and Federal Insurance Company, as surety, on appellant's supersedeas bond are **RELEASED**.

Judgment entered this 5th day of August, 2015.